| | | |
|---|---|---|
| 19035 | Tax Appeal of American Express Travel Related Services Co., Inc., In re | Affirmed |
| 19301 | State v. Casison | Affirmed |

## Order No. 97–6
## January 23, 1997

| | | |
|---|---|---|
| 19329 | State v. Aku | Vacated |

## Order No. 97–7
## January 29, 1997

| | | |
|---|---|---|
| 16848 | Salcedo v. Pony Taxi | Affirmed |
| 18917 | State v. Moore | Affirmed |

## Order No. 97–8
## January 30, 1997

| | | |
|---|---|---|
| 19028 | State v. Poti | Vacated |